**No. 10-11055 (10A1235). Eddie D. Powell, Petitioner v. Kim Thomas, Interim Commissioner, Alabama Department of Corrections, et al.**

564 U.S. 1015, 131 S. Ct. 3018, 180 L. Ed. 2d 842, 2011 U.S. LEXIS 4561.

June 16, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 643 F.3d 1300.

**No. 09-10276. James Rogers, Petitioner v. United States.**

564 U.S. 1015, 131 S. Ct. 3018, 180 L. Ed. 2d 842, 2011 U.S. LEXIS 4652.

June 20, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of Sykes v. United States, 564 U.S. 1, 131 S. Ct. 2267, 180 L. Ed. 2d 60 (2011).

Same case below, 594 F.3d 517.

**No. 10-9984. Waadew Aysisayh, Petitioner v. Florida.**

564 U.S. 1015, 131 S. Ct. 3030, 180 L. Ed. 2d 842, 2011 U.S. LEXIS 4716.

June 20, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the District Court of Appeal of Florida, Second District, dismissed. See Rule 39.8.

Same case below, 56 So. 3d 2.

**No. 10-10596. John Randall Futch, Petitioner v. United States.**

564 U.S. 1015, 131 S. Ct. 3046, 180 L. Ed. 2d 842, 2011 U.S. LEXIS 4721.

June 20, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.